# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Keith Ramsey Barnhart,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                           3:08cv140

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/3/2008 Order.

                                             Signed: April 3, 2008

                                             Frank G. Johns, Clerk
                                             United States District Court